January 2, 1940. Writ of certiorari dismissed on motion of counsel for the petitioner. *Mr. Roger O'Donnell* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 481. THOMPSON, TRUSTEE, *v.* MAGNOLIA PETROLEUM CO. ET AL. December 4, 1939. The petition for rehearing is granted. The order denying certiorari *ante,* p. 613, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted. *Mr. Thos. T. Railey* for petitioner. *Messrs. Craig Van Meter* and *Fred H. Kelly* for respondents.

No. 429 (October Term, 1938). PREBYL *v.* PRUDENTIAL INSURANCE CO. October 9, 1939. Motion to annul and vacate the order denying the petition for writ of certiorari (305 U. S. 641) denied.

No. —, original (October Term, 1938). EX PARTE ALBERT LEIGHTON. October 9, 1939. 306 U. S. 668.